UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY GRUBBS,<br><br>        Plaintiff,<br><br>    v.<br><br>Y. SAMARA, et al.,<br><br>        Defendants. | Case No. 20-cv-02348-RS (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff has not complied with the Court's order to (i) file an amended complaint on this Court's form; and (ii) perfect his application to proceed *in forma pauperis* (IFP). His IFP application is deficient because it lacks a Certificate of Funds signed by an authorized prison officer. The one filed is bare of all essential information and is unsigned. Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the Court's order and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion **must** contain (i) an amended complaint on this Court's form; <u>and</u> (ii) a properly completed Certificate of Funds, or full payment for the $400.00 filing fee.

Plaintiff's IFP motion is DENIED as insufficient. (Dkt. No. 2.) The Clerk shall terminate all pending motions, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** July 21, 2020

_____
RICHARD SEEBORG
United States District Judge