UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY GRUBBS,
        Plaintiff,

v.

Y. SAMARA, et al.,
        Defendants.

Case No. 20-cv-02348-RS (PR)

**ORDER REOPENING ACTION**

This federal civil rights action is REOPENED. The Clerk is directed to modify the docket accordingly. This action was dismissed because plaintiff had not complied with the Court's instructions to file an application to proceed *in forma pauperis* (IFP) or pay the filing fee. (Order of Dismissal, Dkt. No. 11.) He also had not filed an amended complaint as instructed. (*Id.*) Plaintiff since has filed an IFP application and an amended complaint. (Dkt. Nos. 13 and 14.)

The judgment and the order of dismissal are VACATED. (Dkt. Nos. 11 and 12.) The IFP application and the amended complaint will be reviewed in separate orders.

**IT IS SO ORDERED.**

**Dated:** August 19, 2020

_____
RICHARD SEEBORG
United States District Judge